**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2477**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

EDDIE WISE; DOROTHY MONROE-WISE,

             Defendants - Appellants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (5:14-cv-00844-FL)

Submitted:  April 28, 2016                Decided:  May 5, 2016

Before GREGORY, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eddie Wise; Dorothy Monroe-Wise, Appellants Pro Se.  Neal Fowler, Assistant United States Attorney, Raleigh, North Carolina for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants Eddie Wise and Dorothy Monroe-Wise appeal the district court's order granting summary judgment to the Government in its foreclosure action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Wise, No. 5:14-cv-00844-FL (E.D.N.C. Nov. 18, 2015; Oct. 9, 2015). We deny the pending motion as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED